In the Matter of the Application of MARIA GARZONE, Respondent, for a Final Order against THE BOARD OF EDUCATION OF THE CITY OF NEW YORK, THE BOARD OF EDUCATION RETIREMENT SYSTEM and EMIL ALTMAN, Chairman of the Medical Board of the Board of Education Retirement System, under and Pursuant to Section 1283 *et seq.* of the Civil Practice Act, Appellants.— Proceeding for retirement on account of accident disability, under the provisions of the Board

of Education Retirement System. Order denying appellants' motion to dismiss the petition on the ground that the proceeding was not brought in the proper county affirmed, with ten dollars costs and disbursements, on the authority of *Matter of Daley* v. *Board of Estimate of City of New York* (*ante*, p. 165), decided herewith. Lazansky, P. J., Johnston, Adel, Taylor and Close, JJ., concur.